IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50599
Conference Calendar
_____

KATHRYN HENSLER,

Plaintiff-Appellant,

versus

JAMES H. DEATLEY, PHILIP POLICE,
Assistant U.S. Attorney,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CV-636
- - - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     We construe Appellant's complaint as a collateral attack
upon her conviction under 28 U.S.C. § 2255.  A criminal defendant
may not collaterally attack a conviction until the conviction has
been affirmed on appeal.  Fassler v. United States, 858 F.2d
1016, 1019 (5th Cir. 1988), cert. denied, 490 U.S. 1099 (1989).
Because the complaint was filed before the conviction became
final, the case is frivolous.

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

The case is also frivolous because it has no arguable merit. <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it will be dismissed. 5th Cir. R. 42.2.

We caution Appellant that any additional frivolous appeals filed by her will invite the imposition of sanctions. To avoid sanctions, she is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

Appeal DISMISSED; motion to supplement the record DENIED.